NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT BOSCH, LLC,**
*Appellant*

v.

**COSTCO WHOLESALE CORPORATION,**
*Appellee*

---

2017-2122, 2017-2123, 2017-2124

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-00038, IPR2016-00039, and IPR2016-00040.

---

## O R D E R

The above-captioned appeals appear to be related.

We consolidate the appeals, and thus one set of briefs should be filed for the three appeals.

Accordingly,

IT IS ORDERED THAT:

(1) The appeals are consolidated. The revised official caption is reflected above.

(2) The certified lists are due no later than July 12, 2017.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s26