NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ROBERT BOSCH, LLC,**
*Appellant*

**v.**

**COSTCO WHOLESALE CORPORATION,**
*Appellee*

_____

2017-2122, -2123, -2124, -2170, -2241

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-00036, IPR2016-00038, IPR2016-00039, IPR2016-00040, and IPR2016-00041.

---------------------------------------------------------------------------------

**ROBERT BOSCH, LLC,**
*Appellant*

**v.**

**COSTCO WHOLESALE CORPORATION,**
*Appellee*

_____

2017-2239

_____

2    ROBERT BOSCH, LLC v. COSTCO WHOLESALE CORPORATION

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00034.

———————————

# O R D E R

The above-captioned appeals appear to be related.

We consolidate Appeal Nos. 2017-2122, -2123, -2124, -2170 with Appeal No. 2017-2241, and thus one set of briefs should be filed for those appeals.

Accordingly,

IT IS ORDERED THAT:

(1) Appeal Nos. 2017-2122, -2123, -2124, -2170 and Appeal No. 2017-2241 are consolidated. The revised official caption is reflected above. The certified lists are due no later than August 7, 2017.

(2) The consolidated cases and Appeal No. 2017-2239 shall be considered companion cases and assigned to the same merits panel.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32